UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA CASTILLO | : |
| | : |
| v. | : |
| | : |
| SWIFT TRANSPORTATION SERVICES, LLC, SWIFT TRANSPORTATION COMPANY OF ARIZONA, SWIFT SERVICES HOLDINGS, INC., KNIGHT-SWIFT TRANSPORATION HOLDINGS, INC. AND HECTOR HERNANDEZ | : : : : : : SEPTEMBER 2, 2020 |

## **NOTICE OF REMOVAL**

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§ 1441 and 1446, the defendants, Hector Hernandez, Swift Transportation Services LLC, Swift Transportation Company of Arizona, Swift Services Holdings Inc., and Knight-Swift Transportation Holdings, Inc., hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of New Britain, for the following reasons:

1.  The plaintiff commenced the instant action against the undersigned defendants, Hector Hernandez, Swift Transportation Services LLC, Swift Transportation Company of Arizona, Swift Services Holdings Inc., and Knight-Swift Transportation Holdings, Inc., by service of a Summons and Complaint dated August 3, 2020. On August 3, 2020, service was made on the defendants by way of in hand delivery to Gary Scappini, Agent for Service, and on August 4, 2020 by certified mail.

2.  The action was returned to Superior Court for the Judicial District of New Britain on August 7, 2020.

3.  The above-described action is a civil action and is one which may be removed to the Court by the petitioner, defendants therein, pursuant to the provisions of

28 U.S.C. § 1441 and 28 U.S.C. § 1332 in that the plaintiff, Sandra Castillo, is a citizen of Michigan, the defendant, Hector Hernandez, is a citizen of the State of Connecticut and the defendants, Swift Transportation Services LLC, Swift Transportation Company of Arizona, Swift Services Holdings Inc., and Knight-Swift Transportation Holdings, Inc., are Arizona corporations with their principal place of business in Arizona.

4. The plaintiff's complaint Statement of Demand states that the legal interest or property in demand is greater than $15,000.00 exclusive of interest and costs. The plaintiff claims numerous injuries, some or all of which she claims may be permanent in nature. These injuries include a comminuted, displaced and depressed tibial plateau fracture of the left leg and displaced tuberosity fracture of the left shoulder, emotional distress and associated physical pain and suffering. She also claims to have suffered a loss on income and loss of earning capacity and additionally claims to have incurred bills and expenses for medical care and treatment and therapy and states she will likely incur such additional expenses in the future. Due to the nature of these injuries and the fact that some or all may be permanent in nature and because the plaintiff claims loss of income and loss of earning capacity and additionally claims her ability to enjoy life's pleasures has been severely diminished and will be similarly affected in the future, the amount in controversy in this case is greater than $75,000.

5. Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process and pleadings received by the defendant as follows: (a) Summons; (b) Complaint; and (c) a statement of amount in demand.

6. The defendants deny all the plaintiff's allegations of damages and liability.

7. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the plaintiff and the defendants and the amount in controversy is greater than $75,000.

WHEREFORE, the petitioners pray that the above action now pending in Superior Court at 20 Franklin Square, New Britain, Connecticut, be removed therefrom to this Court.

DEFENDANTS,
SWIFT TRANSPORTATION SERVICES, LLC, SWIFT TRANSPORTATION COMPANY OF ARIZONA, SWIFT SERVICES HOLDINGS, INC., KNIGHT-SWIFT TRANSPORATION HOLDINGS, INC. AND HECTOR HERNANDEZ

By /s/ Christopher M. Vossler
    Christopher M. Vossler
    ct00373
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114-1121
    Ph:  (860) 249-1361
    Fax:  (860) 249-7665
    E-mail: cvossler@hl-law.com

## **CERTIFICATION**

      This is to certify that on September 2, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Thomas P. Cella, Esquire
Howard, Kohn, Sprague & Fitzgerald, LLP
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06126-1798

                                          /s/ Christopher M. Vossler
                                          Christopher M. Vossler